JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES MACIAS, ENS LEGIS. <br><br> Plaintiff, <br><br> vs. <br><br> DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; ET AL., <br><br> Defendants. | Case No.: 2:11-cv-09116-R-VBK <br> *Assigned To Hon. Judge Manuel L. Real* <br><br> **JUDGMENT OF DISMISSAL OF DEFENDANTS CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND FEDERAL NATIONAL MORTGAGE ASSOCIATION** |

On February 13, 2012, this Honorable Court granted, with prejudice, Defendants CENTRAL MORTGAGE COMPANY (erroneously named herein as "Central Mortgage Company, Lender"); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (erroneously named herein as "Mortgage Electronic Registration Systems (MERS), beneficiary"); and FEDERAL NATIONAL MORTGAGE ASSOCIATION'S (erroneously named herein as

"Fannie Mae/Freddie Mac Uniform Instrument") (collectively "Defendants") Motion to Dismiss Plaintiff DOLORES MACIAS' entire Complaint.

Accordingly**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a Judgment of Dismissal With Prejudice is entered in favor of all Defendants, including CENTRAL MORTGAGE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and FEDERAL NATIONAL MORTGAGE ASSOCIATION, and against Plaintiff DOLORES MACIAS.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Date: February 17, 2012

_____
Honorable U.S. District Court Judge